# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA DICKINSON, | : |
| Plaintiff, | : |
| V. | : CASE NO.: CV-19-00706 |
| MOBILE COUNTY ALABAMA, MOBILE COUNTY SHERIFF SAM COCHRAN and MOBILE METRO JAIL WARDEN NOAH PRICE "TREY" OLIVER, III, | : |
| Defendants. | : |

## DEFENDANT SAM COCHRAN AND NOAH PRICE OLIVER, III's MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT

**COMES NOW** the Defendants, Sam Cochran, Sheriff of Mobile County (hereinafter "Sheriff Cochran") and Noah Price "Trey" Oliver, III, Warden of Metro Jail (hereinafter "Warden Oliver") (and collectively referred to herein as Defendants) and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure hereby move this Honorable Court to dismiss all of the claims made against them in Plaintiff's Third Amended Complaint, filed January 9, 2020. (Doc. 51). As grounds for this motion, Defendants state as follows:

1. As stated in their reply brief in support of their motion to dismiss Plaintiff's Second Amended Complaint (see Doc. 54), in substance Plaintiff's Third Amended Complaint adds a host of individual corrections officer defendants, Naphcare, Inc. (the medical provider at the Mobile County Metro Jail), and a nurse employed by Naphcare. The allegations against Sheriff Cochran and Warden Oliver in the Third Amended Complaint are functionally identical to the Amended Complaint. (Compare Doc. 30 with Doc. 51 ).

2. Therefore, in an effort to bolster judicial economy, Defendants adopt and

1

incorporate as if fully stated herein their motion to dismiss the Second Amended Complaint as well as Plaintiff's response to it and their reply brief in support. (See Docs. 31, 49, & 54). For the reasons stated therein, Plaintiff's Third Amended Complaint is also due to be dismissed as to Sheriff Cochran and Warden Oliver.

**WHEREFORE, PREMISES CONSIDERED,** all claims against Sheriff Cochran and Warden Oliver should be dismissed.

Respectfully submitted,

s/K. Paul Carbo, Jr
K. PAUL CARBO, JR. (CARBK8014)
paul.carbo@atchisonlaw.com
*Attorney for Defendants*

s/Michael M. Linder, Jr.
MICHAEL M. LINDER, JR. (LINDM7310)
michael.linder@atchisonlaw.com
*Attorney for Defendants*

THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, AL  36693
(251) 665-7200

## CERTIFICATE OF SERVICE

I hereby certify on this the 16th day of January, 2020, that I have filed the foregoing using the CM/ECF system, which will send electronic notification to all counsel of record.

s/Michael M. Linder, Jr.
MICHAEL M. LINDER, JR.