IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA DICKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-00706-JB-B |
| | ) |
| MOBILE COUNTY, ALABAMA, et al | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 17, 2020, the Court conducted a hearing on the Motions to Dismiss of Defendants Sam Cochran, Sheriff of Mobile County, and Noah Price "Trey" Oliver, III, Warden of Metro Jail (Doc. 55) and of Defendant Mobile County (Doc. 57), the Plaintiff's Motion to Clarify Order of Stay (Doc. 103), and Plaintiff's Motion for Protective Order (Doc. 105). All parties appeared and argued. Upon due consideration, and for the reasons stated on the record of the hearing, the Court ORDERS that the Motions to Dismiss (Docs. 55 and 57) and Plaintiff's Motion for Protective Order (Doc. 105) are DENIED, and that Plaintiff's Motion to Clarify Order of Stay is DENIED as moot. The Motions to Dismiss having been denied, the Stay Order (Doc. 42) is no longer in effect and the non-party subpoena made the subject of Plaintiff's Motion to Clarify Order of Stay (Doc. 103) may issue.

**DONE and ORDERED** this 17th day of April, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE