# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA DICKINSON, | : |
| Plaintiff, | : |
| V. | : CASE NO.: CV-19-00706 |
| MOBILE COUNTY ALABAMA, MOBILE COUNTY SHERIFF SAM COCHRAN and MOBILE METRO JAIL WARDEN NOAH PRICE "TREY" OLIVER, III, | : |
| Defendants. | : |

## NOTICE OF APPEAL

Notice is hereby given that Sam Cochran, Sheriff of Mobile County, and Noah Price "Trey" Oliver, III, Warden of the Mobile County Metro Jail, Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order of April 17, 202 (Doc. 108) denying their motion to dismiss the Third Amended Complaint (see Doc. 51) on the grounds of qualified immunity.

Respectfully submitted,

s/K. Paul Carbo, Jr
K. PAUL CARBO, JR. (CARBK8014)
paul.carbo@atchisonlaw.com
*Attorney for Defendants*

s/Michael M. Linder, Jr.
MICHAEL M. LINDER, JR. (LINDM7310)
michael.linder@atchisonlaw.com
*Attorney for Defendants*

1

THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, AL  36693
(251) 665-7200

## CERTIFICATE OF SERVICE

      I hereby certify on this the 22nd day of April, 2020, that I have filed the foregoing using the CM/ECF system, which will send electronic notification to all counsel of record.

                                    s/Michael M. Linder, Jr.
                                    MICHAEL M. LINDER, JR.